Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260

Telephone:  (602) 482-4300
Facsimile:   (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Kimberly Corona*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Corona,<br><br>             Plaintiff,<br><br>      v.<br><br>The Standard Insurance Company; Arizona State Credit Union; Arizona State Credit Union Disability Plan,<br><br>             Defendants. | Case No.  2:15-cv-01917-ROS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ONLY THE NAMED DEFENDANTS** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff moves to voluntarily dismiss, without prejudice, only the named Defendants Arizona State Credit Union and Arizona State Credit Union Disability Plan in the above referenced matter.

Plaintiff advises the Court that the Complaint in this matter was filed on September 24, 2015.  The Arizona State Credit Union Defendants have not Answered or otherwise responded to the complaint.

RESPECTFULLY REQUESTED this 28th day of October, 2015.

*/s/ Scott E. Davis, Esq.*
Scott E. Davis, Esq.
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2015 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Ann-Martha Andrews, Esq.
Lewis Roca Rothgerber, LLP
201 E. Washington Street
Suite 1200
Phoenix, AZ 85004

By: */s/ Lisa L. Martinez*
An employee of Scott E. Davis, P.C.