# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Corona, | No. CV-15-01917-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Standard Insurance Company, et al., | |
| Defendants. | |

Pursuant to the parties' stipulation (Doc. 26) and good cause appearing,

**IT IS ORDERED** this action is dismissed with prejudice, the parties to bear their own attorneys' fees and costs.

**IT IS FURTHER ORDERED** the Interim Status Conference set for July 1, 2016 is **VACATED**.

Dated this 18th day of May, 2016.

Honorable Roslyn O. Silver
Senior United States District Judge